```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

ERDMAN COMPANY and ERDMAN
ARCHITECTURE & ENGINEERING
COMPANY                                                    PLAINTIFFS

    v.   Civil No. 10-2045

PHOENIX LAND & ACQUISITION, LLC;
PHOENIX HEALTH, LLC; BENEFIT BANK;
ARVEST BANK; THE FIRST NATIONAL
BANK OF FORT SMITH; NAUC PROPERTIES,
LLC; and HARRIS COMPANY OF FORT
SMITH, INC.                                                DEFENDANTS

 and

ERDMAN COMPANY and ERDMAN
ARCHITECTURE & ENGINEERING COMPANY        THIRD-PARTY PLAINTIFFS

  v.

DATA TESTING, INC.; OTIS ELEVATOR
COMPANY; and LONG'S DRILLING
SERVICE, INC.                             THIRD-PARTY DEFENDANTS

## O R D E R

Now on this 20th day of August, 2010, comes on for consideration plaintiffs' unopposed **Motion For Stay Pending Appeal** (document #52), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that this case is **administratively terminated**, subject to being reopened on motion of any party when the mandate of the Eighth Circuit Court of Appeals is received.

**IT IS SO ORDERED.**

              /s/ Jimm Larry Hendren
              JIMM LARRY HENDREN
              UNITED STATES DISTRICT JUDGE