UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| ERDMAN COMPANY; and ERDMAN ARCHITECTURE & ENGINEERING COMPANY | | PLAINTIFFS |
| VS. | CASE NO. 2:10-CV-2045 *Lead case* | |
| PHOENIX LAND & ACQUISITION, LLC; PHOENIX HEALTH, LLC | | DEFENDANTS |
| ERDMAN COMPANY; and ERDMAN ARCHITECTURE & ENGINEERING COMPANY | | THIRD PARTY PLAINTIFFS |
| VS. | | |
| DATA TESTING, INC.; OTIS ELEVATOR COMPANY; and LONG'S DRILLING SERVICE, INC. | | THIRD PARTY DEFENDANTS |

___

| | | |
|---|---|---|
| PHOENIX HEALTH, LLC; and IPF, LLC | | CONSOLIDATED PLAINTIFFS |
| VS. | CASE NO. 2:11-CV-2067 *Member Case* | |
| ERDMAN ARCHITECTURE & ENGINEERING COMPANY; and OTIS ELEVATOR COMPANY | | CONSOLIDATED DEFENDANTS |

**ORDER**

Before the Court is Erdman Company and Erdman Architecture & Engineering Company's Motion for Voluntary Dismissal of Third Party Claim. (ECF No. 205). The matter is ripe for the Court's consideration.

Erdman moves the Court to dismiss without prejudice its third-party complaint against Third-Party Defendant Long's Drilling Service, Inc. (ECF No. 156). Upon consideration, the Court finds that Erdman has shown good cause for the motion. Fed. R. Civ. P. 41(a)(2). Accordingly, the Court finds that Erdman's Motion to Dismiss (ECF No. 205) should be and hereby is **GRANTED**. Erdman's third-party claims against Long's Drilling Service, Inc. (ECF are therefore **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 17th day of December, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge