UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| ERDMAN COMPANY; and ERDMAN ARCHITECTURE & ENGINEERING COMPANY | | PLAINTIFFS |
| VS. | CASE NO. 2:10-CV-2045 *Lead case* | |
| PHOENIX LAND & ACQUISITION, LLC; PHOENIX HEALTH, LLC | | DEFENDANTS |
| ERDMAN COMPANY; and ERDMAN ARCHITECTURE & ENGINEERING COMPANY | | THIRD PARTY PLAINTIFFS |
| VS. | | |
| DATA TESTING, INC.; OTIS ELEVATOR COMPANY; and | | THIRD PARTY DEFENDANTS |

---

| | | |
|---|---|---|
| PHOENIX HEALTH, LLC; and IPF, LLC | | CONSOLIDATED PLAINTIFFS |
| VS. | CASE NO. 2:11-CV-2067 *Member Case* | |
| ERDMAN ARCHITECTURE & ENGINEERING COMPANY; and OTIS ELEVATOR COMPANY | | CONSOLIDATED DEFENDANTS |

**ORDER**

Before the Court is Otis Elevator Company's Motion for Voluntary Dismissal of Crossclaim. (ECF No. 210). The matter is ripe for the Court's consideration.

Otis moves the Court to dismiss without prejudice its crossclaim against Cross-Defendant Long's Drilling Service, Inc. (ECF No. 75). Upon consideration, the Court finds that Otis has

shown good cause for the motion. Fed. R. Civ. P. 41(a)(2). Accordingly, the Court finds that Otis's Motion to Dismiss (ECF No. 210) should be and hereby is **GRANTED**. Otis's Crossclaim against Long's Drilling Service, Inc. (ECF No. 75) is therefore **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED, this 17th day of December, 2012.

                                        /s/ Susan O. Hickey
                                        Hon. Susan O. Hickey
                                        United States District Judge