IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| ERDMAN COMPANY and ERDMAN ARCHITECTURE & ENGINEERING COMPANY | PLAINTIFFS |
| VS.   CASE NO.: 2:10-CV-2045 *Lead case* | |
| PHOENIX LAND & ACQUISITION, LLC; PHOENIX HEALTH, LLC | DEFENDANTS |
| ERDMAN COMPANY and ERDMAN ARCHITECTURE & ENGINEERING COMPANY | THIRD PARTY PLAINTIFFS |
| VS. | |
| DATA TESTING, INC., OTIS ELEVATOR COMPANY, and LONG'S DRILLING SERVICE, INC. | THIRD PARTY DEFENDANTS |
| PHOENIX HEALTH, LLC and IPF, LLC | CONSOLIDATED PLAINTIFFS |
| VS.   CASE NO.: 2:11-CV-2067 *Member Case* | |
| ERDMAN ARCHITECTURE & ENGINEERING COMPANY and OTIS ELEVATOR COMPANY | CONSOLIDATED DEFENDANTS |

**ORDER**

Before the Court is Erdman's Motion to Supplement. (ECF No. 362). Erdman states that certain documents were inadvertently included as exhibits to the Declaration of Jeff Fletcher (ECF No. 342). Erdman request that Exhibit 1 attached to the present motion be substitute in place of

Exhibit 1 of the Declaration of Jeff Fletcher. (ECF No. 342). Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The Clerk is directed to substitute ECF No. 362, Exh. 1 in place of ECF No. 342, Exh. 1.

Upon review of the docket, it appears that the Declaration fo Jeff Fletcher (ECF No. 342) has not been properly linked to the motions it is intended to support. Erdman is directed to immediately contact the clerk's office with this information.

**IT IS SO ORDERED**, this 29th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge